UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER CIFUENTES,<br><br>   Petitioner,<br><br> v.<br><br>AREF FAKHOURY,<br><br>   Respondent. | No. EDCV 12-197-JAK (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing the petition without prejudice for failure to prosecute.

DATED: October 16, 2012

            JOHN A. KRONSTADT
            United States District Judge