UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER CIFUENTES, | No. EDCV 12-197-JAK (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| AREF FAKHOURY, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is dismissed without prejudice for failure to prosecute.

DATED: October 16, 2012

_____
JOHN A. KRONSTADT
United States District Judge