1
2
3
4
5
6
7        UNITED STATES DISTRICT COURT
8        CENTRAL DISTRICT OF CALIFORNIA
9
10   WALTER CIFUENTES,                )        No.  EDCV 12-197-JAK (AGR)
11                 Petitioner,        )
                                      )        JUDGMENT
12        v.                          )
                                      )
13   AREF FAKHOURY,                   )
                                      )
14                 Respondent.        )
15   _____  )

16        Pursuant to the Order Accepting Findings and Recommendation of United
17   States Magistrate Judge,
18        IT IS ADJUDGED that the Petition in this matter is dismissed without prejudice
19   for failure to prosecute.
20
21   DATED: October 16, 2012        _____
22                                       JOHN A. KRONSTADT
                                         United States District Judge
23
24
25
26
27
28